## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD PATENT IMAGING LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 1:18-cv-00242-LPS-CJB |
| | § | |
| vs. | § | **PATENT CASE** |
| | § | |
| 3D ROBOTICS, INC. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1).  Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including April 9, 2018.  The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their clients, and consider an appropriate response.  No party will be prejudiced by this brief extension.

March 7, 2018                                   STAMOULIS & WEINBLATT LLC

                                                 */s/ Stamatios Stamoulis*
                                                 Stamatios Stamoulis
                                                 Two Fox Point Centre
                                                 6 Denny Road, Suite 307
                                                 Wilmington, DE 19809
                                                 (302) 999-1540
                                                 stamoulis@swdelaw.com

                                                 *Attorneys for Plaintiff*

**SO ORDERED**, this _____ day of _____, 2018.

                                    _____
                                    Judge - United States District Court