IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3D ROBOTICS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:18-cv-00242-LPS-CB |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF**
**<u>JAY JOHNSON</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jay Johnson of the law firm Kizzia Johnson PLLC to represent Plaintiff in this matter.

Dated: June 3, 2018        STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
Richard C. Weinblatt (No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Jay Johnson of the law firm Kizzia Johnson PLLC is granted.

Dated: _____       _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office on January 10, 2018 via receipt number 0311-2298921.

Dated: June 3, 2018                         /s/Jay Johnson
                                            JAY JOHNSON
                                            **KIZZIA JOHNSON PLLC**
                                            1910 PACIFIC AVE.
                                            SUITE 13000
                                            DALLAS, TX 75201
                                            214-451-0164
                                            jay@kjpllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2018, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/Stamatios Stamoulis
Stamatios Stamoulis (No. 4606)

.