AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-242-LPS-CJB | DATE FILED<br>2/9/2018 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Rothschild Patent Imaging LLC | | DEFENDANT<br>3D Robotics, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  U.S. 8,437,797 B2 | 5/7/2013 | Rothschild Patent Imaging LLC | |
| 2  U.S. 8,204,437 B1 | 6/19/2012 | Rothschild Patent Imaging LLC | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| NOTICE OF DISMISSAL WITH PREJUDICE |

| CLERK<br>JOHN A. CERINO | (BY) DEPUTY CLERK | DATE<br>7/20/2018 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD PATENT IMAGING LLC | § § | |
| Plaintiff, | § § | Case No: 1:18-cv-00242-LPS-CJB |
| vs. | § § | **PATENT CASE** |
| 3D ROBOTICS, INC. | § § | |
| Defendant. | § § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Patent Imaging LLC hereby files this voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Patent Imaging LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

June 22, 2018

STAMOULIS & WEINBLATT LLC

 /s/ *Stamatios Stamoulis*
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorney for Plaintiff*